UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:
GUILLERMO E. DAVILA                                    Case No.: 14-17730-RAM
SSN: XXX-XX-6048                                           Chapter  13
MARILYN A. OTTENWALDER
SSN: XXX-XX-0544
              Debtors              /

## DEBTORS' MOTION FOR TURNOVER OF FUNDS

Debtors, **GUILLERMO E. DAVILA and MARILYN A. OTTENWALDER**, by and through undersigned counsel, file this *Motion for Turnover of Funds*, and aver the following in support thereof:

1. This is a confirmed Chapter 13 case.

2. The Debtors attempted to modify the mortgage of their homestead property with Ocwen Loan Servicing ("Ocwen") through the LMM/MMM Program and the confirmed plan included adequate protection payments to Ocwen.

3. The Debtors were denied a loan modification and filed a Motion to Modify the Chapter 13 Plan **[DE 76]** seeking to remove Ocwen's adequate protection payments and to continue paying them directly outside of the plan.

4. After removing the adequate protection payments the First Modified Plan **[DE  84]** lowered the payments to $398.00 beginning with the payment that came due on March 3, 2016.

5. The Debtors misunderstood the new plan payment obligation under the First Modified Plan and continued to make the plan payment under the old confirmed plan, which included the adequate protection payments to Ocwen, and have now fallen behind with their mortgage payments.

6. The Trustee is now holding overpayments in the amount of $2,039.84 and Debtors request an order directing the Trustee to turn over the $2,039.84 to Debtors so they can come current with their mortgage.

**WHEREFORE**, the Debtors seek the relief sought in this motion and for any other relief deemed just and proper under the circumstances.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the above and foregoing was furnished by CM/ECF to Nancy K. Neidich, Trustee, P.O. Box 279806, Miramar, FL 33027 and by U.S. Mail to the Debtor and all creditors listed on the Creditor Matrix, this **15th** day of **April**, **2016**.

| | |
|---|---|
| **CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)** | **NAVARRO HERNANDEZ, P.L.**<br>Attorney for Debtors<br>P.O. Box 34-7650<br>Coral Gables, Florida 33234<br>Telephone: 305-447-8707<br>Facsimile: 305-447-3787<br>By: /s/ Luis F. Navarro<br>Luis F. Navarro, Esq.<br>Florida Bar No. 629359 |
| **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A). | |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 14-17730-RAM<br>Southern District of Florida<br>Miami<br>Fri Apr 15 18:57:02 EDT 2016 | Bank of America, N.A.<br>c/o Prober & Raphael Attornys For Secure<br>P.O. Box 4365<br>Woodland Hills, Ca 91365-4365 | Deutsche Bank National Trust Company<br>c/o Audrey J Dixon<br>6409 Congress Ave #100<br>Boca Raton, FL 33487-2853 |
| American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Asset Acceptance<br>Attn: Bankrupcy Dept<br>Po Box 2036<br>Warren, MI 48090-2036 | BONITA VILLAS CONDOMINIUM ASSOCIATION, INC.<br>c/o Business Law Group<br>301 W Platt St. #375<br>Tampa, FL 33606-2292 |
| Bank Of America<br>4060 Ogletown/Stanton Rd<br>Newark, DE 19713 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America<br>1200 South Pine Island Rd<br>Fort Lauderdale, FL 33324-4413 |
| Bank of America, N.A.<br>Bankruptcy Department<br>P.O. Box 26012, NC4-105-02-99<br>Greensboro, North Carolina 27420-6012 | Barclays Bank Delaware<br>Attn: Bankruptcy<br>P.O. Box 8801<br>Wilmington, DE 19899-8801 | Bca Financial Services<br>18001 Old Cutler Rd Ste<br>Palmetto Bay, FL 33157-6437 |
| Bonita Villas Condo Assoc<br>1666 Kennedy Caswy<br>Suite 305<br>Miami Beach, FL 33141 | Bonita Villas Condo Association, Inc.<br>C/O Association Law Group<br>P.O. Box 415848<br>Miami Beach, FL 33141-7848 | Bonita Villas Condominium<br>C/O The Continental Group, Inc<br>P.O Box 028104<br>Miami, FL 33102-8104 |
| CERASTES, LLC<br>C O WEINSTEIN,PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Calvary Portfolio Services<br>Attention: Bankruptcy Department<br>500 Summit Lake Dr. Suite 400<br>Valhalla, NY 10595-1340 | Cap One<br>Po Box 30253<br>Salt Lake City, UT 84130-0253 |
| Cap One<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | Cap1/guitr<br>Po Box 30253<br>Salt Lake City, UT 84130-0253 | Cap1/saks<br>140 W Industrial Dr<br>Elmhurst, IL 60126-1602 |
| Cap1/saks<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045-3440 | Capital 1 Bank<br>Attn: Bankruptcy Dept.<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-1340 | Cavalry SPV I, LLC as assignee of HSBC Bank<br>Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-1340 | Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Chase Manhattan Mtge<br>Po Box 24696<br>Columbus, OH 43224-0696 | Chase Mht Bk<br>Attention: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chase- Bp<br>Po Box 15298<br>Wilmington, DE 19850-5298 |

| | | |
|---|---|---|
| Chase/cc<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chevron Texaco/ Citicorp<br>Citicorp Credit Svcs/Attn:Centralized Ba<br>Po Box 20507<br>Kansas City, MO 64195-0507 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 |
| Citi<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Citi Aadvantage<br>Citi Bank Bankruptcy<br>Po Box 6500<br>Sioux Falls, SD 57117-6500 | City Ntl Bk/Ocwen Loan Service<br>Attn: Bankruptcy<br>P.O. Box 24738<br>West Palm Beach, FL 33416-4738 |
| Comenity Bank/New York & Company<br>Attention: Bankruptcy<br>P.O. Box 182686<br>Columbus, OH 43218-2686 | Comenity Bank/Victorias Secret<br>Attn. Bankruptcy<br>P.O. Box 182686<br>Columbus, OH 43218-2686 | Credit One Bank<br>Po Box 98873<br>Las Vegas, NV 89193-8873 |
| DEUTSCHE BANK<br>C/O Clarfield, Okon, Salomone & Pincus<br>500 S. Australian Ave<br>Suite 730<br>West Palm Beach, FL 33401-6237 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 | Department Stores National Bank/Bloomingdale<br>Bankruptcy Processing<br>Po Box 8053<br>Mason, OH 45040-8053 |
| Department Stores National Bank/Macys<br>Bankruptcy Processing<br>Po Box 8053<br>Mason, OH 45040-8053 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 | Discover Fin Svcs Llc<br>Po Box15316<br>Wilmington, DE 19850-5316 |
| Dsnb Bloomingdales<br>Macy's Bankruptcy Dept.<br>Po Box 8053<br>Mason, OH 45040-8053 | Dsnb Macys<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | Express/Comenity Bank<br>Attention: Bankruptcy Dept<br>Po Box 182686<br>Columbus, OH 43218-2686 |
| First Bank Mortgage<br>Attn: Bankruptcy<br>1 First Missouri Center<br>St. Louis, MO 63141-6000 | GECRB/ Dillards<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | GECRB/ Old Navy<br>Attention: GEMB<br>Po Box 103104<br>Roswell, GA 30076-9104 |
| GECRB/Banana Republic<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | GECRB/Brook Brothers<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | GECRB/Gap<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 |
| GECRB/JC Penny<br>Attention: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | Gecrb/Chevron<br>Attention: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | Gecrb/care Credit<br>Po Box 981439<br>El Paso, TX 79998-1439 |
| Gecrb/gap<br>Po Box 965005<br>Orlando, FL 32896-5005 | Gemb/walmart<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | Hsbc/mitsu<br>90 Christiana Rd<br>New Castle, DE 19720-3118 |

| | | |
|---|---|---|
| IRS<br>P.O.Box 7346<br>Philadelphia, PA 19101-7346 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Lord & Taylor<br>P.O Box 960035<br>Orlando, FL 32896-0035 |
| Lord&taylor<br>Po Box 965015<br>Orlando, FL 32896-5015 | Lvnv Funding Llc<br>Po Box 10497<br>Greenville, SC 29603-0497 | Midland Credit Management, Inc.<br>as agent for MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090-2011 |
| Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 | National Credit Adjust<br>Po Box 3023<br>Hutchinson, KS 67504-3023 | Nrs/receivia<br>2810 Walker Rd<br>Chattanooga, TN 37421-1082 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Prsm/cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 |
| Rjm Acquisitions Llc<br>575 Underhill Blvd, Suite 224<br>Syosset, NY 11791-3416 | Saxon Mortgage Service<br>15253 Avenue Of Science<br>San Diego, CA 92128-3437 | Sears/cbna<br>Po Box 6189<br>Sioux Falls, SD 57117-6189 |
| Sears/cbna<br>Po Box 6283<br>Sioux Falls, SD 57117-6283 | SpecialAsst. Us Atty<br>Associate Area ciunsel<br>Royal Palm Building<br>1000 S. Pine Island Rd.<br>Fort Lauderdale, FL 33324-3906 | Spiegel/WFNNB<br>Wfnnb<br>P.O. Box 182125<br>Columbus, OH 43218-2125 |
| (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | Stellar Recovery Inc<br>1327 Highway 2 Wes<br>Kalispell, MT 59901 |
| Stpc/cbsd<br>CitiCards Private Label Bankruptcy<br>Po Box 20483<br>Kansas City, MO 64195-0483 | Target Nb<br>Po Box 673<br>Minneapolis, MN 55440-0673 | US Attorney General<br>950 Pennsylvania Avenue<br>Room 4400<br>Washington, DC 20530-0009 |
| United States Attorney<br>99 N.E. 4th Street<br>Miami, FL 33132-2145 | Visa Dept. Stores<br>Attn: Bankruptcy<br>Po Box 8053<br>Mason, OH 45040-8053 | Anthony A Roca<br>The Roca Law Firm, P.A.<br>1750 Coral Way, FL 2<br>Miami, FL 33145-2747 |
| Guillermo Enrique Davila<br>14055 S.W. 120th Court<br>Miami, FL 33186-6063 | Henry Hernandez Esq.<br>P.O. Box 34-7650<br>Coral Gables, FL 33234-7650 | Marilyn Amparo Ottenwalder<br>14055 S.W. 120th Court<br>Miami, FL 33186-6063 |

```
Nancy K. Neidich
www.ch13herkert.com
POB 279806
Miramar, FL 33027-9806
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bank Of America                     (d)Bank Of America, N.a.            Citi
Attention: Recovery Department      4161 Piedmont Pkwy                  CitiCard Credit Services/Centralized Ban
4161 Peidmont Pkwy.                 Greensboro, NC 27410                Po Box 20363
Greensboro, NC 27410                                                    Kansas City, MO 64195


(d)Citibank Sd, Na                  (d)Citibank Usa                     Dell Financial Services
Attn: Centralized Bankruptcy        Citicorp Credit Services/Attn:Centralize   Dell Financial Services Attn: Bankrupcty
Po Box 20363                        Po Box 20507                        Po Box 81577
Kansas City, MO 64195               Kansas City, MO 64195               Austin, TX 78708


Jefferson Capital Systems LLC       Portfolio Recovery Associates, LLC  (d)Shell Oil / Citibank
Po Box 7999                         POB 41067                           Attn: Centralized  Bankruptcy
Saint Cloud Mn 56302-9617           Norfolk VA 23541                    Po Box 20363
                                                                        Kansas City, MO 64195


Springleaf Financial Services       Sprint Corp.                        (d)Unvl/citi
Attention: Bankruptcy Department    Attn Bankruptcy Dept                Attn.: Centralized  Bankruptcy
Po Box 3251                         PO Box 7949                         Po Box 20507
Evansville, IN 47731                Overland Park KS 66207-0949         Kansas City, MO 64195
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Miami                            End of Label Matrix
                                    Mailable recipients    90
                                    Bypassed recipients     1
                                    Total                  91
```